Submitted May 2, reversed June 25, 2014

In the Matter of N. J.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## N. J.,
*Appellant.*

Multnomah County Circuit Court
131172306; A155846

329 P3d 796

Garrett A. Richardson filed the brief for appellant. With him on the brief was Multnomah Defenders, Inc.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Wollheim, Judge, and Lagesen, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing him for a period not to exceed 180 days, pursuant to ORS 426.130. Appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that he is a danger to others because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.